[If you need additional space for ANY section, please attach an additional sheet and reference that section.]




MMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Jason Shelton
_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

EDDIE, Johnson
Officer SADOVAL
Officer mendozA
_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**RECEIVED**

AUG 9 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No: 17CV7326
(To be supplied by the Clerk of this Court)

Judge Sharon Johnson Coleman

**CHECK ONE ONLY:**     **AMENDED COMPLAINT**

✓  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

___  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

    A. Name: Jason Shelton

    B. List all aliases: N/A

    C. Prisoner identification number: R11846

    D. Place of present confinement: Danville C.C.

    E. Address: 3820 East Main Street Danville IL, 61834

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: EDDIE Johnson

        Title: Superintendent of C.P.D.

        Place of Employment: Chicago Police Department

    B. Defendant: Officer Sandoval

        Title: Police Officer

        Place of Employment: Chicago Police Department

    C. Defendant: Officer Mendoza

        Title: Police Officer

        Place of Employment: Chicago Police Department

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A. Name of case and docket number: _N/A_

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _N/A_

    D. List all defendants: _N/A_

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _N/A_

    G. Basic claim made: _N/A_

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _N/A_

    I. Approximate date of disposition: _N/A_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On December 14, 2016 officer Sandoval and officer Mendoza along with other Chicago Police Officers arrived at my residence at 1800 S. Hamlin. As officers Sandoval and Mendoza approached my door my father was standing in the doorway. Officer Mendoza asked him who were all in the house, my father stated my wife is right there and my son and brother in law are on the couch. Officers Mendoza along with Sandoval then pushed pasted my father without being invited in the home and placed me under arrest and the other officers with Sandoval went about searching my home. They had no warrant for my arrest or no warrant to search my home. The only tool they had was an investigative Alert Based on false information stating I had been identified in a Poto array when in fact I was not. From what I understand an ivestigtive Alert is a tool used by Police to alert other police officers that an offender is wanted for a crime "Should that offender happen to be stoped by other officers", an ivestigtive

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Alerts informs police officers "who come into contact with a suspect perhaps on a traffic stop". So even with the investigtive alert it "did not" give Officers Sandoval and mendoza Authority to come to my home and arrest me or search my home as if they had a warrant for my arrest.

So as it stands officer Sandoval and mendoza acted in an illegal manner when they arrived to my home to arrest me with the ivestigtative alert, They had no wright to search my home ether. So there for all of their actions was unconstitutional.

The court may review my discovery for cases 17CR0093801 and 17CR0093901 to show that I was not identified from a foto array.

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

The Plaintiff is seeking Seven-Hundred Thousand Dollars in Compensatory damages, And Two-Hundred Fifty Thousand Dollars in punitive damages.

VI.  The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __1__ day of __8__, 20_18_

_Jason Shelton_
(Signature of plaintiff or plaintiffs)

_Jason Shelton_
(Print name)

_R11846_
(I.D. Number)

_Danville C.C._
_3820 Eest main Street Danville, IL 61834_
(Address)

Jason Shelton
ID# R11846
Danville C.C.
3820 E. Main Street
Danville, IL 61834



1.21 F





08/09/2018-3

Prisoner Correspondence
Clerk's Office
U.S. District Court
219 South Dearborn Street
Chicago, IL 60604

Legal mail